UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| KATIE B. CRAFT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No. 1:21-cv-00576 |
| ) | |
| NATIONAL RAILROAD PASSENGER ) | |
| CORPORATION d/b/a AMTRAK, ) | |
| ) | |
| Defendant. ) | |

# NOTICE OF REMOVAL

Defendant National Railroad Passenger Corporation d/b/a Amtrak, by counsel, hereby gives notice to the United States District Court for the Southern District of Indiana, Indianapolis Division, of the removal of this action from the Marion Superior Court, and respectfully shows the Court that:

1. On, September 11, 2020, a civil action was commenced and is pending in the Superior Court of Marion County in Indianapolis, Indiana, a State Court, in which Katie B. Craft is the Plaintiff. This action is designated as 49D05-2009-CT-031384 in the Marion Superior Court.

2. Plaintiff's action against National Railroad Passenger Corporation d/b/a Amtrak was commenced by the filing of Plaintiff's Complaint on September 11, 2020. The Clerk of the Marion Superior Court issued a "Summons for Service by Certified Mail" on September 11, 2020, but Plaintiff failed to serve the Summons at that time.

3. The Clerk of the Marion Superior Court issued a new "Summons for Service by Certified Mail" on January 20, 2021, but Plaintiff again failed to serve the Summons at that time.

4. Plaintiff finally served the Summons by certified mail on Thursday, March 4, 2021, and Amtrak's Beech Grove facility received the Summons on Monday, March 8, 2021.

5. However, Plaintiff did not serve a copy of the Complaint with the Summons received on March 8, 2021, as required by Rule 4.6(C) of the Indiana Rules of Trial Procedure.

6. Amtrak has not received service of a copy of the Complaint at any time since Plaintiff commenced this action on September 11, 2020.

7. Although Plaintiff has failed to serve the Complaint as required by Indiana Trial Rule 4.6(C), Amtrak requested that the undersigned attorney obtain a copy of the Complaint from the online electronic docket.

8. Not more than thirty (30) days have elapsed since Amtrak received the Summons from Plaintiff on March 8, 2021, and the Complaint from the undersigned on March 9, 2021.

9. In compliance with 28 U.S.C. § 1446(a), copies of all process and pleadings in this action are attached as **Exhibit A**.

10. Plaintiff's action seeks damages in connection with an incident on September 2, 2019, in which Plaintiff Katie B. Craft alleges that she slipped and fell when exiting an Amtrak train at 350 South Illinois Street in Indianapolis, Indiana. Plaintiff alleges that she "sustained bodily injuries resulting in extensive medical treatment and expenses, chronic pain, mental anguish, loss of enjoyment of life, and other damages" as a result of this incident.

11. This Court has jurisdiction over this action because Defendant National Railroad Passenger Corporation was created by an Act of Congress, 49 U.S.C. § 24101 *et seq.*, and more than one-half of its capital stock is owned by the United States Government.  *See* 28 U.S.C. § 1349.

12. Pursuant to 28 U.S.C. §§ 1331 and 1349, this is a civil action over which this Court has original jurisdiction and which may be removed to this Court by Defendant National Railroad Passenger Corporation under the authority of 28 U.S.C. §§ 1441 and 1446.

13. Venue is proper in this Court pursuant to 28 U.S.C. §§ 1391(a) and 94(b)(1), as a substantial part of the events giving rise to Plaintiff's claims against Amtrak occurred in Marion County, Indiana.

14. A civil cover sheet (JS 44) is attached as **Exhibit B** hereto, and the filing fee is electronically submitted herewith.

WHEREFORE, the Defendant, National Railroad Passenger Corporation d/b/a Amtrak, respectfully requests that the United States District Court for the Southern District of Indiana, Indianapolis Division, assume jurisdiction of this matter as an action properly removed thereto.

Respectfully submitted,

/s/ David A. Locke
David A. Locke (E-mail: dal@stuartlaw.com)
STUART & BRANIGIN LLP
300 Main Street, Suite 900
P.O. Box 1010
Lafayette, IN 47902-1010
Telephone: (765) 423-1561
Facsimile: (765) 742-8175
*Attorneys for Defendant National Railroad Passenger Corporation d/b/a Amtrak*

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 10th day of March, 2021, a copy of the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system. Parties may access this filing through the Court's CM/ECF system.  Notice of this filing will be sent to the following via email attachment:

    Lewis S. Wooten
    Wooten Hoy, LLC
    13 N. State Street
    Greenfield, IN 46140
    lewis@wootonhoylaw.com

                                               /s/ David A. Locke
                                               David A. Locke

1364850.1