IN THE MARION SUPERIOR/CIRCUIT COURT
STATE OF INDIANA

| | |
|---|---|
| KATIE B. CRAFT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CAUSE NO. |
| | ) |
| NATIONAL RAILROAD PASSENGER | ) |
| CORPORATION d/b/a AMTRAK | ) |
| | ) |
| Defendant, | ) |

## COMPLAINT

Plaintiff, Katie B. Craft ("Katie"), by counsel and for her claims against the Defendant, National Railroad Passenger Corporation d/b/a Amtrak ("Amtrak"), states as follows:

### COUNT I -  Negligence

1. That Katie is an individual residing in Marion County Indiana.

2. That Defendant Amtrak is a business duly organized in the District of Columbia with its principal place of business at 60 Massachusetts Ave NE, Washington, DC, 20002-4285.

3. That on or about September 1, 2019, Katie boarded a train owned and operated by Amtrak traveling from Charlottesville, Virginia to Indianapolis, Indiana.

4. That on or about September 2, 2019, Katie arrived in Indianapolis, Indiana at Amtrak's premises in Indianapolis located at 350 South Illinois Street, Indianapolis, IN 46225.

5. That at all relevant times, Amtrak, at a minimum, owed a duty of reasonable care to ensure the safety of all of its passengers. Because Amtrak operates a public railway transportation system, its duty of reasonable care is heightened to an extraordinary level of care. *Cox v. Evansville Police Dep't*, 107 N.E.3d 453, 458 (Ind. 2018).

6. That on September 2, 2019, Amtrak breached its duties and was negligent, grossly negligent, and/or reckless in its maintenance of its premises and care for Katie. As a result, Katie slipped and fell because of a dangerous condition created by Amtrak's negligence.

7. As a direct and proximate cause of Amtrak's negligence, Katie sustained bodily injuries resulting in extensive medical treatment and expenses, chronic pain, mental anguish, loss of enjoyment of life and other damages.

**WHEREFORE**, the Plaintiff asks the court to enter a judgment in its favor and against Defendant in an amount to make it whole, for attorney fees, for costs of this action, and any other damages deemed appropriate.

### Count II – Premises Liability

8. Katie incorporates the allegations in paragraphs 1 through 7 as if restated in full herein.

9. That Amtrak is the owner of real property located at 350 South Illinois Street, Indianapolis, IN 46225 ("Premises").

10. That on September 2, 2019, Katie was exiting a train owned and operated by Amtrak at the Premises. While exiting, Plaintiff was injured when she slipped and fell as a result of a dangerous condition on the Premises.

11. That at all relevant times, Amtrak, at a minimum, owed a duty of reasonable care to ensure the safety of all of its passengers. Because Amtrak operates a public railway transportation system, its duty of reasonable care is heightened to an extraordinary level of care. *Cox v. Evansville Police Dep't*, 107 N.E.3d 453, 458 (Ind. 2018).

12. That on September 2, 2019, Amtrak breached its duties and were negligent, grossly negligent, and/or reckless in its maintenance of its Premises.

13. As a direct and proximate cause of Amtrak's negligence, Katie sustained bodily injuries resulting in extensive medical treatment and expenses, chronic pain, mental anguish, loss of enjoyment of life, and other damages.

**WHEREFORE**, the Plaintiff ask the court to enter a judgment in her favor and against Defendant in an amount to make it whole, for attorney fees, for costs of this action, and any other damages deemed appropriate.

## JURY DEMAND

Plaintiff, Katie B. Craft, by counsel, pursuant to Trial Rule 38 of the Indiana Rules of Trial Procedure, respectfully requests that the above matter be tried by a jury.

WOOTON HOY, LLC

By /s/ Lewis S. Wooton
LEWIS S. WOOTON #26650-49
NICK TUTTLE JR. #35785-49
Counsel for Plaintiff

WOOTON HOY, LLC
13 N. State Street
Greenfield, IN 46140
Phone: 317-318-1685

IN THE MARION SUPERIOR/CIRCUIT COURT
STATE OF INDIANA

| | |
|---|---|
| KATIE B. CRAFT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CAUSE NO. |
| | ) |
| NATIONAL RAILROAD PASSENGER | ) |
| CORPORATION d/b/a AMTRAK | ) |
| | ) |
| Defendant, | ) |

## ALIAS SUMMONS

The State of Indiana to Defendant:   National Railroad Passenger Corporation
d/b/a Amtrak
c/o Highest Ranking Officer
202 Garstang Street
Beech Grove, IN 46107

You have been sued by the person(s) named Plaintiffs, in the court indicated above.

The nature of the suit against you is stated in the Complaint which is attached to this document. It also states the demand which the plaintiffs have made and want from you.

You must answer the Complaint in writing, by you or your attorney, within twenty-three (23) days, commencing the day after you receive this summons, or judgment will be entered against you for what the plaintiffs have demanded.

If you have a claim for relief against the plaintiffs arising from the same transaction or occurrence, you must assert it in your written answer.

Date: 1/20/2021

_____
Clerk, Marion County Superior/Circuit Court (Seal)

**(The following manner of service of summons is hereby designated.)**

**XXX**   **Certified Mail**

_____
Lewis S. Wooton, Attorney for Plaintiff

WOOTON HOY LLC
13 N State St.
Greenfield, IN 46140
Telephone: 317-318-1685

CERTIFICATE OF MAILING

I hereby certify that on_____day of_____, 2021, I mailed a copy of this Summons and a copy of the Complaint to each of the defendant(s)_____ by (registered or certified) mail requesting a return receipt signed by the addressee only addressed to each of said defendant(s)_____ at the address(es) furnished by the plaintiff.

Date: _____

_____
Clerk, Marion County Superior/Circuit Court (Seal)

RETURN OF SERVICE OF SUMMONS BY MAIL

I hereby certify that service of summons with return receipt requested was mailed on the_____ day of _____, 2020, and that a copy of return receipt was received on the _____day of _____, 2020, which copy is attached herewith.

Date:_____     _____
                         Clerk, Marion County Superior/Circuit Court (Seal)

CERTIFICATE OF CLERK OF SUMMONS NOT ACCEPTED BY MAIL

I hereby certify that on the _____day of _____, 2020, I mailed a copy of this summons and a copy of the Complaint to the defendant(s) _____ by (registered or certified) mail, and the same was returned without acceptance this _____day of_____, 2020, and I did deliver said summons and copy of Complaint to the Sheriff of _____ County, Indiana.

Date: _____    _____
                                    Clerk, Marion County Superior/Circuit Court (Seal)

## RETURN ON SERVICE OF SUMMONS

I hereby certify that I have served the within summons:

1. By delivering on the _____ day of _____, 2021, a copy of this summons and a copy of the Complaint to each of the within-named defendant(s)_____.

2. By leaving on the _____ day of _____, 2021 within-named defendants _____, a copy of the Complaint at the respective dwelling house or usual place of abode with _____, a person of suitable age and discretion residing therein whose usual duties or activities include prompt communication of such information to the person served.

3. _____ and by mailing a copy of the summons without the Complaint to _____ at _____, the last known address of defendant(s).

All done in _____ County, Indiana

Fees:        $_____

                              Sheriff of _____ County, Indiana

Mileage     _____

Total       $_____    By: _____
                                                     Deputy

## SERVICE ACKNOWLEDGED

A copy of the within summons and a copy of the Complaint attached thereto were received by me at _____, this _____ day of _____, 2021.

                                                _____
                                                Signature of Defendant

Wooton Hoy LLC
13 N State Street
Greenfield, IN 46140

7019 1640 0000 2939 5442

CERTIFIED MAIL

National Railroad Passenger Corporation
d/b/a Amtrak
c/o Highest Ranking Officer
202 Garstang St.
Beech Grove, IN 46107

U.S. POSTAGE PAID
FCM LETTER
GREENFIELD, IN
46140
MAR 04, 21
AMOUNT
$7.00
R2304H109136-04

46107